UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2019
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

| Phillip Rosenblum Plaintiff | Case #: 8:18 cv-00966 JVS(E) |
|---|---|
| vs. Joseph Blackstone, et al, Defendants | NOTICE AND REQUEST FOR SUBSTITUTION OF PARTIES; JOHN DOE #4 TO BE REPLACED BY DEPUTY MOON AND JOHN DOE #5 TO BE REPLACED BY SGT. Villa |

I Phillip J Rosenblum declare as follows:

1. On ~~xxxxxx~~ Mar. 27. 2019, Plaintiff received documents and response from defendants, that "Sgt. Villa" was in receipt of plaintiff's grievance concerning his ~~xxxxxx~~ complaint he ~~xxx~~ had been forced to house with multiple known enemies in the main jail and his request to be re-housed back in the protective J-mod. ~~xxxxxxxxxxxxxxxxxxxxxx~~ This was the grievance plaintiff had filed ~~xx~~ on July. 3, 2017. Defendants indicated that they had no record of ~~xxxxxx~~ any filed grievance on July. 2, 2017. Both defendants currently being served, service of process, in this matter from the second amended complaint John Doe #4, and John Doe #5, are from recklessy disregarding Plaintiff's grievances he filed on these two days of July. 2, 2017 and July. 3, 2017 (see Second Amended Complaint at Paragraph four). Plaintiff's records indicate he personally gave ~~xxx~~ 0

Declaration to substitute parties            1

grievance to Dep. moon, to deliver to his supervisor for filing and review on July 2, 2017 (this was a duplicate version of the grievance he submitted on July 3, 2017). Apparently then Dep. moon did not submit this grievance to his supervisor (unless discovery will reveal otherwise) or they would have had a record of this (Plaintiff was under the previous impression Dep. moon had properly submitted this grievance for review). Thus now it is known the facts behind the identities of these individuals and therefore substitution of John Doe #4 for Deputy moon and substitution of John Doe #5 for Sgt. Villa is now proper in this matter.

2. Plaintiff manifests this notice and request for substitution of parties is proper based upon federal case law he's reviewed (See Day v. Ryan 2018 U.S. Dist Lexis 59296 and see Picozzi v. Clark Cnty. Det. Ctr 2017 U.S. Dist Lexis 37896). This was determined after Plaintiff reviewed Fed. R. Civ. P. 15, 21, and 25, the relevant and related procedures regarding adding, dropping and substitution of parties. Plaintiff performed this research after receiving notice of the identifying documents and facts behind the two John doe's from July 2, and July 3, 2017. Thus this request is timely filed.

3. If appropriate plaintiff would also request service of process of summons, second amended complaint

Declaration to substitute parties                    2

and an order to be done by this court directing service of process by the U.S. marshell on these two new identified defendants, sgt. villa and dep. moon.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Corcoran California on Apr. 8, 2019

                                       Phil Rose
                                       Phillip Rosenblum

Declaration to substitute Parties      3

Phillip Rosenblum BF-0331, 30-5-235
Corcoran State Prison
P.O. Box 3461
Corcoran CA. 93217

Attn: Clerk of Court
United States District Court
Central District of California
255 E. Temple St. Room 180
Los Angeles CA. 90012

LEGAL MAIL

FCAI MAII